IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEMEIKA R RICHARDSON | : CIVIL ACTION |
| | : |
| v. | : NO. 21-1359 |
| | : |
| COMMISSIONER ANDREW M. SAUL | : |

## ORDER

**AND NOW**, this 28th day of October 2022, following our careful and independent consideration of the administrative record, Plaintiff's Brief (ECF Doc. No. 13), Commissioner's Response (ECF Doc. No. 14), Plaintiff's Reply (ECF Doc. No. 17), review of Judge Sitarski's September 27, 2022 Report and Recommendation (ECF Doc. No. 19), Plaintiff's Objections to Judge Sitarski's Report and Recommendation (ECF Doc. No. 21), Defendant's Response to the Objections (ECF Doc. No. 22), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **APPROVE** and **ADOPT** Judge Sitarski's September 27, 2022 Report and Recommendation (ECF Doc. No. 19);

2. We **OVERRULE** and **DENY** Plaintiff's Objections (ECF Doc. No. 21);

3. Plaintiff's Request for review (ECF Doc. No. 13) is **DENIED**;

4. We enter **JUDGMENT** in favor of Defendant and against Plaintiff; and,

5. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.